No. 5,139.—STATE EX REL. C. A. SAMUELL, RELATOR, *v.* W. L. FORD, DISTRICT JUDGE, ET AL., RESPONDENTS.

Original application for Writ of Mandate to W. L. Ford, as Judge of the District Court in and for Wheatland County, and another.

Decided May 26, 1922.

PER CURIAM.—The application of the relator herein for a writ of mandate is denied.

*Mr. E. K. Cheadle,* for Relator.

---

No. 4,841.—MANFRED LILLIEFORS, RESPONDENT, *v.* AMERICAN UNITARIAN ASSOCIATION, APPELLANT.

*Appeal from District Court, Cascade County; J. B. Leslie, Judge.*

Decided June 1, 1922.

PER CURIAM.—On motion of appellant, the appeal in the above-entitled cause is dismissesd.

*Mr. I. W. Church* and *Mr. Fletcher Maddox,* for Appellant.

*Mr. N. Norskog* and *Mr. G. G. Harris,* for Respondent.